IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01773-AP

MICHAEL P. ATKINSON,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Alan M. Agee | TROY A. EID |
| 512 S. 8th Street | United States Attorney |
| Colorado Springs, CO 80905 | |
| 719-473-1515 | KEVIN TRASKOS |
| ageealanmpc@qwestoffice.net | Deputy Chief, Civil Division |
| Attorney for Plaintiff | United States Attorney's Office |
| | District of Colorado |
| | 303-454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Social Security Administration |
| | 1961 Stout Street, Ste. 1001A |
| | Denver, CO 80294 |
| | 303-844-0815 |
| | Stephanie.fishkin.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** August 19, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** August 26, 2008

**C. Date Answer and Administrative Record Were Filed:** October 24, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**A. Plaintiff's Statement:** Plaintiff cannot determine whether the administrative record is complete before a thorough review during briefing.

**B. Defendant's Statement:** To the best of his knowledge, the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**A. Plaintiff's Statement:** Plaintiff cannot determine whether he will submit additional until thoroughly reviewing the administrative record.

**B. Defendant's Statement:** Defendant does not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

**A. Plaintiffs Opening Brief Due:** January 15, 2009

**B. Defendant's Response Brief Due:** February 16, 2009

**C. Plaintiffs Reply Brief (If Any) Due:** March 3, 2009

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiffs Statement:** Plaintiff requests oral argument.

**B. Defendant's Statement:** Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 12th day of November, 2008.

BY THE COURT:

*S/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Alan M. Agee<br>Alan M. Agee #18444<br>512 s. 8th Street<br>Colorado Springs, Colorado 80905<br>Phone: 719-473-1515<br>E-mail: ageealanmpc@qwestoffice.net<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/Stephanie Lynn F. Kiley<br>    Stephanie Lynn F. Kiley<br>    Special Assistant United States Attorney<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado  80294<br>    Telephone:  (303) 844-0815<br>    Stephanie.Fishkin.Kiley@ssa.gov<br>    Attorneys for Defendant. |