# MEMORANDUM

**DATE**:	August 25, 2009

**TO**:	File 08-cv-01773-CMA

**FROM**:	Judge Arguello

**CASE NAME**:	Michael Atkinson v. Michael Astrue

Plaintiff may proceed in forma pauperis on appeal.

*Christine M Arguello*