IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01773-CMA

MICHAEL P. ATKINSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER GRANTING LEAVE TO PROCEED ON APPEAL
IN FORMA PAUPERIS AND DENYING FREE TRANSCRIPT**

Plaintiff submitted a Notice of Appeal on August 20, 2009. On August 25, 2009, the Court entered a Memorandum allowing Plaintiff to proceed *in forma pauperis* on appeal.

However, the Court finds that this appeal does not present a substantial question, *i.e.*, a significant issue that is unique, unusual or reasonably debatable. Therefore, pursuant to 28 U.S.C. § 753(f), a free transcript will not be provided to Plaintiff. Accordingly, it is

ORDERED that Plaintiff will not be provided with a free transcript because the Court finds that this appeal does not present a substantial question. Plaintiff may pay the estimated transcript fee in advance or make his own arrangements with the court reporter to pay for the cost of any transcript.

DATED at Denver, Colorado this   22nd   day of September, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge